In the matter of the appeal of EDWARD BEAM et al., substituted trustees, from an order of the orphans court of the county of Passaic, in the matter of the last will and testament of Sarah A. Cooke, deceased.

[Decided February 1st, 1926.]

On appeal from a decree of the court of chancery advised by Vice-Ordinary Griffin, whose opinion is reported in *96 N. J. Eq. 589.*

*Mr. Eugene Blankenhorn,* for the appellant.

*Messrs. Griggs & Harding,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 14.

*For reversal*—None.